IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 01-41415
Conference Calendar
_____

UNITED STATES OF AMERICA,

                                        Plaintiff-Appellee,

versus

SANTIAGO HERNANDEZ-RODRIGUEZ,

                                        Defendant-Appellant.

--------------------
Appeal from the United States District Court
for the Southern District of Texas
USDC No. M-01-CR-472-1
--------------------
August 20, 2002

Before HIGGINBOTHAM, DAVIS, and PARKER, Circuit Judges.

PER CURIAM:[*]

The Federal Public Defender representing Santiago Hernandez-Rodriguez ("Hernandez") has moved for leave to withdraw and has filed a brief pursuant to Anders v. California, 386 U.S. 738 (1967).  Hernandez has received a copy of counsel's motion and brief, but he has not filed a response.  Our review of the brief and the record discloses no nonfrivolous issue for appeal.  Accordingly, the motion for leave to withdraw is GRANTED, counsel

---

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

is excused from further responsibilities, and the APPEAL IS

DISMISSED.  <u>See</u> 5TH CIR. R. 42.2.